

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2015

No. 04-15-00533-CR

Jesse **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7759W
Jefferson Moore, Judge Presiding

## O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to January 13, 2016. No further extensions will be granted absent extenuating circumstances.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court